*Application Granted*
*/s/ Valerie Figueredo, U.S.M.J.*
DATED: 3-15-2024
The briefing schedule proposed herein is adopted.
No further extensions will be provided.

CHRISTOPHER J. BOWES, ESQ.
54 Cobblestone Drive
Shoreham, NY 11786
Tel. (212) 979-7575
Fax (631) 929-1700
cjbowes@gmail.com

March 12, 2024

<u>Filed ECF</u>
Hon. Valerie Figueredo
United States District Court
500 Pearl Street
New York, NY 10007

            RE: <u>Rodriguez v. O'Malley</u>
               23-cv-10764 (ER)(VF)

Dear Judge Figueredo:

  I am writing to request an extension of time to file plaintiff's Motion for Judgment on the Pleadings and Memorandum of Law in Support thereof. Plaintiff's papers are due to be filed tomorrow, March 13, 2024. This is plaintiff's first request for an extension of time.

  I seek additional time to complete Plaintiff's due to unanticipated workload issues over the past two weeks that has complicated my ability complete Plaintiff's papers by tomorrow. I apologize for not making this request sooner. With the consent of opposing counsel, SAUSA Ariella Zoltan, I respectfully request approve of the following revised schedule:

  March 28, 2024  Plaintiff's Motion for Judgment on the Pleadings
  May 27, 2024   Defendant's Opposition/Cross-Motion
  June 10, 2024   Plaintiff's Reply

Thank you for you for Your Honor's attention to this matter.

                 Very truly yours,

                 <u>*/s/ Christopher J. Bowes, Esq.*</u>
                 Christopher J. Bowes, Esq.

cc: Amanda Parsels, Esq.
   Attorney for Defendant