UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
STEVEN RODRIGUEZ,

                        Plaintiff,

      -against-

MARTIN J. O'MALLEY, Commissioner of Social Security.,

                       Defendants.
-----------------------------------------------------------------X

23-CV-10764 (ER) (VF)

**ORDER**

**VALERIE FIGUEREDO, United States Magistrate Judge:**

      Plaintiffs' request for a 60-day extension of the deadline to file a memorandum of law in support of their application for attorney's fees and costs pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d), is hereby GRANTED. The deadline for Plaintiffs' to file said memorandum of law is extended to **Monday, October 21, 2024**.

 **SO ORDERED.**

DATED:    New York, New York
                August 20, 2024

_____
VALERIE FIGUEREDO
United States Magistrate Judge