CHRISTOPHER JAMES BOWES, ESQ  
54 Cobblestone Drive  
Shoreham, New York 11786  
Tel.: (212) 979-7575  
Fax:  (631) 929-1700  
    CJB-8865  
Attorney for Plaintiff

**MEMO ENDORSED**
at page 2

UNITED STATES DISTRICT COURT  
SOUTHERN DISTRICT OF NEW YORK  
-------------------------------------------X  
STEVEN RODRIGUEZ,   :   NOTICE OF  
                                                  FOR ATTORNEYS FEES  
            Plaintiff,   :   PURSUANT TO  
                                                  28 U.S.C. § 2412  
                                          :  
    -*against*-                        1:23 Civ. 10764 (ER)(VF)  
                                            :  
MARTIN J. O'MALLEY,   :  
COMMISSIONER OF SOCIAL SECURITY,   :  
           Defendant.  
-------------------------------------------X

    PLEASE TAKE NOTICE that upon the accompanying Declaration of Christopher James Bowes, dated August 19, 2024, plaintiff will move this Court before Honorable Edgardo Ramos, United States District Court Judge presiding, at the United States Courthouse, Southern District of New York, 40 Foley Square, New York, new York 10007, on submission, for an order, on submission, for an order:

    (1) Accepting plaintiff's application for reasonable attorney's fees and costs pursuant to the Equal Access to Justice Act ("EAJA"), 28 U.S.C. §2412(d), as timely filed; and

    (2) Granting plaintiff leave to defer filing a memorandum of law in support of her application for fees for a period of 60

days to permit the parties an opportunity to reach settlement of the fee issue; and

    (3)  for such other and further relief as this Court may deem just and proper.

Dated:    Shoreham, New York
            August 19, 2024

                                        Respectfully submitted,

                                        */s/Christopher James Bowes*
                                        CHRISTOPHER JAMES BOWES, ESQ.
                                        54 Cobblestone Drive
                                        Shoreham, New York 11786
                                        Tel.: (212) 979-7575
                                        Fax:  (631) 979-1700
                                        CJB-8865
                                        Attorney for Plaintiff


To:  Jonathan King, Esq.
      Special Assistant United States Attorney
      6401 Security Boulevard
      Baltimore, MD 21235
      Attorneys for Defendant

---

Plaintiff's application for attorney fees and costs is accepted for filing. Plaintiff's request for leave to defer filing a memorandum of law in support of her application until October 18, 2024 is granted. The motion remains pending. SO ORDERED.

                                        Edgardo Ramos, U.S.D.J.
                                        Dated: August 20, 2024
                                        New York, New York